JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GEORGE BRIAN GERMAN,                 )     No. CV 12-5465-JFW(CW)
                                     )
                Petitioner,          )     JUDGMENT
                                     )
        v.                           )
                                     )
WARDEN CA. STATE PRISON,             )
                                     )
                Respondent.          )
_____)

   **IT IS ADJUDGED** that the petition for writ of habeas corpus is
dismissed, without prejudice, as wholly unexhausted.

DATED:  June 29, 2012

                                    _____
                                    JOHN F. WALTER
                                    United States District Judge